IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| FORTINO MEDINA OCEGUEDA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-197-JO |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| MID-CENTURY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Defendant's motion to dismiss for failure to prosecute (#9) is granted.

IT IS ORDERED this action is dismissed and any pending motions are denied as moot.

DATED this 19th day of June, 2007.

                                              /s/ Robert E. Jones
                                              ROBERT E. JONES
                                              U.S. District Judge